IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Shawn Miller, Individually and on Behalf Of All Others Similarly Situated, <br>   Plaintiff, <br><br> v. <br><br> Bell Energy Services, LLC and Dakota Petroleum Services, LLC, <br>   Defendants | § § § § § § § § § § | CIVIL ACTION NO. 1:23-cv-51 |

### Agreement to Stay Case, Toll Statute of Limitations, and Negotiate

Shawn Miller, Plaintiff in the above-referenced matter, and Defendants Bell Energy Services, LLC and Dakota Petroleum Services, LLC (jointly, the "Parties") agree as follows:

The Parties wish to work toward a global resolution of this case;

The Parties ask the Court to stay this matter for a period of 60 days;

The Parties agree that the statute of limitations as to the FLSA claims of any of the individuals described on Exhibit A hereto are tolled as of the January 15, 2024;

Defendants will gather all information regarding hours worked by and remuneration paid to the individuals described in Exhibit A hereto and provide it to Plaintiff's counsel within 14 days from the date of this Agreement;

The Parties have agreed to mediate this matter and have set a mediation for February 22, 2024 to attempt to resolve the claims of the individuals described in Exhibit A hereto;

In the event that this case is not resolved at mediation, the Parties agree that they will ask the Court to lift the stay and enter the Order and use the notice and opt-in forms that comprise Exhibit A hereto.

**Dated: February 6, 2024**



**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 799-2048


By: */s/ Douglas B. Welmaker*
　　　Douglas B. Welmaker
　　　Texas State Bar No. 00788641
　　　doug@welmakerlaw.com
**ATTORNEY-IN CHARGE FOR PLAINTIFF**


*/s/ Josef F. Buenker*
By: Josef F. Buenker
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com
**COUNSEL FOR PLAINTIFF**



*/s/ Thomas F. Murtha IV*
Thomas F. Murtha IV
(ID# 06984)
P.O. Box 1111
Dickinson, ND 58602-1111
Telephone: (701) 227-0146
murthalawoffice@gmail.com
**ATTORNEY IN CHARGE
FOR DEFENDANTS**

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | | |
|---|---|---|
| Shawn Miller, Individually and on Behalf Of All Others Similarly Situated,<br>Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-51 |
| Bell Energy Services, LLC and Dakota Petroleum Services, LLC,<br>Defendants | § § § § | |

## JOINT STIPULATION REGARDING NOTICE TO WORKERS

1. The parties have agreed to send FLSA collective action notice to similarly situated workers as set forth in this stipulation and ask the Court's approval to do so.

2. The Parties stipulate to the issuance of notice to a group of Defendants' employees and former employees consisting of:

> **All individuals who are/were employed as truck drivers by Defendant Bell Energy Services LLC and Dakota Petroleum Services, LLC and who were paid on a commission/percentage basis during the two-year period preceding the filing of this Complaint.**

This is a two-year look-back period as opposed to the three-year period sought by the Plaintiff. The Parties agree that, if the Plaintiff in the future believes that he has found evidence of knowing FLSA violations by Defendants Bell Energy Services LLC or Dakota Petroleum Services, LLC, Plaintiff may revisit the issue of notice being sent to those individuals who worked for Bell Energy Services LLC or Dakota Petroleum Services, LLC more than 2 years prior to the filing of this lawsuit. The parties also agree to toll the potential claims of any such third-year individuals as of the date of the filing of this lawsuit.



3. The Parties further agree to toll the statute of limitations as of January 15, 2024 as to those individuals to whom notice is being sent.

4. The Parties have agreed to use the proposed Notice and Consent to Join forms that are being filed with this Stipulation, and that those forms will be sent to the similarly situated workers.

5. Within 10 business days of the Court's Order approving this stipulation, the Parties agree that Bell Energy Services LLC and Dakota Petroleum Services, LLC will send Plaintiff's counsel an electronic spreadsheet with the names, mailing addresses, cell phone numbers, and email addresses of all similarly situated workers ("the List").

6. Within 10 business days of Bell Energy Services LLC and Dakota Petroleum Services, LLC providing the List, the Parties agree that Plaintiff may mail, text, and email the Notice and Consent forms to the members of the Class. The parties also agree that a website dedicated solely to hosting the notice and the consent forms may be established, and that opt ins may sign the consent forms electronically as part of this website.

7. The Parties agree that 30 days after sending the Notice and Consent, Plaintiff may mail, text, and email the same Notice and Consent forms to all similarly situated workers a second time.

8. The Parties agree that all individuals who wish to join this lawsuit may do so by filing a Consent form with the Court within 75 days of Plaintiff first sending out notice.

9. The Parties respectfully request that the Court enter an order approving the terms of this stipulation and approving the attached previously filed forms of Notice and Consent.

Respectfully Submitted,

**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 799-2048

By: */s/ Douglas B. Welmaker*
      Douglas B. Welmaker
      Texas State Bar No. 00788641
      doug@welmakerlaw.com

**ATTORNEY-IN CHARGE FOR PLAINTIFF**

*/s/ Josef F. Buenker*
By: Josef F. Buenker
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com
**COUNSEL FOR PLAINTIFF**


*/s/ Thomas F. Murtha IV*
Thomas F. Murtha IV
(ID# 06984)
P.O. Box 1111
Dickinson, ND 58602-1111
Telephone: (701) 227-0146
murthalawoffice@gmail.com
**ATTORNEY IN CHARGE
FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

I certify that on April __, 2024, I filed on behalf of the Parties jointly the foregoing document with the Court and served all parties of record via ECF.

3

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker

# Did you work for Bell Energy Services LLC or Dakota Petroleum Services, LLC as a Driver?

### Does This Affect Me?

If you worked for Bell Energy Services, LLC or Dakota Petroleum Services, LLC ("Defendants") within the last two years as a driver or a similar position and were paid a commission or on a percentage basis, then this may affect you.

### What's This About?

A former driver of Defendants claims that Defendants improperly paid him for his work on a commission or percentage basis and did not pay him overtime pay (time-and-a-half pay) when he worked more than 40 hours in a week. The lawsuit is seeking money to pay to these workers for the overtime they worked in the past 2 years. This Notice tells you how you may join the case if you so choose.

At this time, the Court has not decided if Defendants violated federal law. Defendants say they did nothing wrong. There is no money available now and no guarantee that there will be any money in the future.

You have a choice to assert your legal rights in this case. If you do not do so, you will not share in any money awarded in the case.

### What Can I Get?

If the workers win, you may get up to two times the unpaid overtime wages you should have gotten.

If the workers lose, you will get nothing.

If you join the lawsuit, you will not have to pay your lawyers out of your pocket, win or lose. The lawyers for the workers are being paid on a contingency fee basis and will receive a part of the money if money is recovered.

### Can I be Retaliated Against?

No. It is illegal for Defendants to fire or demote you or otherwise treat you differently just because you joined this suit.

### How Do I Join the Lawsuit?

If you want to join in the lawsuit, fill out the enclosed *Consent to Join* form and mail, email, or fax it back. You are responsible for being sure the form is received on time. It must be mailed or received by _____, 2024.

### What Are My Choices?

If you want to join this case to seek compensation for wages, return your *Consent to Join* form by _____, 2024. If you join this case, you will be bound by the result in this case, whether it is favorable or unfavorable. You may have to answer questions about your claim and provide documents.

You may contact and retain any attorney you choose.

If you do not wish to join this case, you don't have to do anything.

### Can I Get More Information?

To learn more, go to www.bellenergywagsuit.com [or something similar] or call the workers' attorneys at (713) 868-3388. The call is free and confidential.

Or write/email to

The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206
jbuenker@buenkerlaw.com

The United States District Court in North Dakota approved this Notice.
It has not ruled on the merits of the case.

# CONSENT TO JOIN LAWSUIT AGAINST BELL ENERGY SERVICES, LLC AND DAKOTA PETROLEUM SERVICES, LLC

Court-imposed deadline for filing is _____, 2024.

Print Name _____

1. I hereby consent to join the collective action lawsuit filed against Bell Energy Services and Dakota Petroleum Services, LLC ("Dakota"), to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Shawn Miller and his counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize Plaintiff's counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Bell Energy Services, LLC and/or Dakota Petroleum Services, LLC.

Signature: _____  Date Signed: _____

**Please print or type the following information which will be kept confidential:**

_____  _____
Address                                   City/State/Zip

_____  _____
Home Telephone Number                     Cell Phone Number

_____  _____
E-mail Address                            Position(s) Held with Dakota

### RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:

**Overtime Lawsuit Against Dakota Petroleum Services, LLC**
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com