# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Shawn Miller, Individually and on Behalf of of all Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER TO STAY CASE** |
| v. | ) ) | |
| Bell Energy Services, LLC, and Dakota Petroleum Services, LLC, | ) ) ) | Case No.: 1:23-cv-00051 |
| Defendants. | ) ) | |

On February 6, 2024, Plaintiff Shawn Miller and Defendants Bell Energy Services, LLC and Dakota Petroleum Services, LLC, filed a motion to stay the case for 60 days so that the parties may reach an amicable solution. (Doc. No. 26).

This matter shall be **STAYED** for 60 days so the parties may participate in mediation and settlement negotiations. The parties shall submit a joint report to the court no later than April 5, 2024, to keep the court informed of case progression.

**IT IS SO ORDERED.**

Dated this 7th day of February, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court