UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| SHAWN MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BELL ENERGY SERVICES, LLC AND DAKOTA PETROLEUM SERVICES, LLC,<br><br>Defendants. | Case No. 1:23-cv-00051-CRH<br><br>JOINT STATUS REPORT |

Per the Court's Order of February 7, 2024 (Dkt. 27), Plaintiff Shawn Miller and Defendants Bell Energy Services, LLC and Dakota Petroleum Services, LLC respectfully submit the following Status Report:

The Parties attended a full-day mediation on February 22, 2024, and while the mediation was helpful in understanding each party's position, the parties were ultimately unable to resolve this matter.

As a result, the parties now request the Court to approve the joint stipulation regarding notice and consent submitted on February 6, 2024 (Dkt. 26-1, Exhibit A), so that notice may issue and the universe of possible claims can be reduced to a known number. The parties feel that once the total number of possible participants in this suit is known, settlement negotiations may potentially be viable again.

Respectfully submitted,

**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 799-2048


By: */s/ Douglas B. Welmaker*
    Douglas B. Welmaker
    Texas State Bar No. 00788641
    doug@welmakerlaw.com

**ATTORNEY-IN CHARGE FOR PLAINTIFF**


*/s/ Josef F. Buenker*
By: Josef F. Buenker
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com
**COUNSEL FOR PLAINTIFF**


*/s/ Thomas F. Murtha IV*
Thomas F. Murtha IV
(ID# 06984)
P.O. Box 1111
Dickinson, ND 58602-1111
Telephone: (701) 227-0146
murthalawoffice@gmail.com
**ATTORNEY IN CHARGE**
**FOR DEFENDANTS**