### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Shawn Miller, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| Bell Energy Services, LLC and Dakota Petroleum Services, LLC, | ) ) ) | Case No.: 1:23-cv-00051 |
| Defendants. | ) ) | |

On December 30, 2024, the court held a status conference, in which the parties were present. (Doc. No. 47).

For the reasons articulated on the record, the final pretrial conference scheduled for January 13, 2025, and trial scheduled for January 27, 2025, shall be canceled pending further order of the court. The parties are ordered to brief the issue of trial continuance, addressing when trial should be rescheduled and why. The parties are further ordered to include agreed upon discovery conditions and highlight issues of disagreement.

The parties' briefs shall be due within thirty (30) days of the filing of this order. The parties shall meet and confer prior to the filing of their respective briefs with an idea of creating a plan for remaining discovery and opportunity for further motions, dispositive or otherwise. Upon the receipt of the parties' briefs, the court shall rule on the issue or order further discussion with the parties.

**IT IS SO ORDERED.**

Dated this 30th day of December, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court