# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Shawn Miller, Individually and on Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bell Energy Services, LLC and Dakota Petroleum Services, LLC,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER**<br><br><br><br><br>Case No. 1:23-cv-051 |

On December 30, 2024, the court issued an order that provided in relevant part that the parties were to submit briefs within thirty days addressing when trial should be rescheduled and why.  (Doc. No. 48).

On January 29, 2025, the Parties submitted a joint report and plan on how to move this matter forward.  (Doc. No. 49).  The court **ADOPTS** the Parties' plan (Doc. No. 49).  The Parties shall submit a report by May 5, 2025, regarding the status of their settlement negotiations and propose a schedule for any remaining discovery motions.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court