# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Shawn Miller, Individually and on Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Bell Energy Services, LLC and Dakota Petroleum Services, LLC,<br><br>    Defendants. | **ORDER**<br><br>Case No. 1:23-cv-051 |

On March 28, 2025, the court issued an order directing the Parties to submit a report by May 5, 2025, to advise of the status of their settlement negotiations and to propose a schedule for any remaining discovery motions. (Doc. No. 51)

On May 5, 2025, the Parties filed a joint report. (Doc. No. 53). Estimating that their respective discovery responses will be finalized by late May, they request leave to submit a another joint report by June 13, 2025, to advise of the status of this matter and how they would like to proceed.

The court **GRANTS** the Parties' request. (Doc. No. 53). The Parties shall submit a joint report by June 13, 2025.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2025.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court