**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Shawn Miller, Individually and on Behalf Of All Others Similarly Situated, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bell Energy Services, LLC and Dakota Petroleum Services, LLC, , | ) | Case No. 1:23-cv-051 |
| Defendants. | ) | |

On February 20, 2026, the court issued an order directing the parties to file a joint status rreport by March 6, 2026. (Doc. No. 59).

On March 6, 2026, the parties submitted a joint status report as directed. (Doc. 60). Therein they advised that Plaintiff did not think additional discovery was necessary but did not oppose giving Defendant a modicum of time to take depositions and explore Motor Carrier Act-related issues, followed by a deadline for dispositive motions. Next, they requested that the court permit them to file a second joint status report with more specifics by March 13, 2026,. The court granted their request. (Doc. No. 61).

On March 13, 2026, the parties filed a second joint status report. (Doc. No. 62). Therein they initially advised that they were stipulating to 12-hours per day per driver. Next, side proposed discovery and dispositive motion deadlines. Specifically, Defendants proposed a six-month window to take some depositions regarding Motor Carrier Act exemption issues and a sixty-day deadline after the close of discovery to file dispositive motions. Plaintiffs proposed a two-month window and a thirty-day deadline. (Doc. No. 62). Finally, the parties advised they working to determine the

applicability (if any) of the the Motor Carrier Act exemption to a driver via exchange of documents and other information.

On September 20, 2026, th Parties filed a Stipulation Regarding Intrastate Nature of Water Hauling Operations. (Doc. No. 63).

To take stock of where matters presently stand and to establish a clear plan going forward, the court finds it prudent to hold a status conference with the parties. Accordingly, the court shall schedule a status conference with the parties by telephone on November 23, 2026, at 1:30 PM CST. To participate in the conference, parties should call (571) 353-2301 and enter access code 292466149 followed by # when prompted to enter the "Call ID."

**IT IS SO ORDERED.**

Dated this 13th day of November, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court